No. 83–1024.   TRIO MANUFACTURING CO. *v.* UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–1066.   JACK REILLY'S, INC., DBA JACK'S *v.* THURBER. C. A. 1st Cir.   Certiorari denied.

No. 83–1077.   PARTEE *v.* SAN DIEGO CHARGERS FOOTBALL CO.   Sup. Ct. Cal.   Certiorari denied.

No. 83–1124.   NATIONAL COMMITTEE ET AL. *v.* MORGENTHAU, DISTRICT ATTORNEY OF NEW YORK COUNTY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–1143.   CAPTLINE ET AL., CO-EXECUTORS OF THE ESTATE OF MAZZARO *v.* COUNTY OF ALLEGHENY ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 83–1260.   PFEIFER ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–1268.   L. & L. HOWELL, INC. *v.* CINCINNATI COOPERATIVE MILK SALES ASSN. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–1281.   SANCHEZ ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–1283.   ALEXANDER *v.* BOARD OF PROFESSIONAL RESPONSIBILITY OF THE DISTRICT OF COLUMBIA COURT OF APPEALS.   Ct. App. D. C.   Certiorari denied.

No. 83–1293.   CARPENTER *v.* COMMISSIONER OF PUBLIC WORKS OF THE CITY OF RACINE, WISCONSIN.   Ct. App. Wis. Certiorari denied.

No. 83–1296.   BREEDLOVE *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 83–1303.   JONES *v.* MARSH, SECRETARY OF THE ARMY. C. A. 6th Cir.   Certiorari denied.